IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON ARCHY, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 16-467-RGA |
| CONNECTIONS CSP INC., | : |
| Defendant. | : |

**MEMORANDUM ORDER**

At Wilmington this \_\_11\_\_ day of February, 2019, having considered Plaintiff's motion to compel (D.I. 33),

IT IS ORDERED that the motion is **DENIED** for the reasons that follow;

1. On February 9, 2018, Plaintiff served a first request for production of documents upon Defendant seeking a complete copy of Plaintiff's medical records and medical grievances from June 1, 2014 to present. (D.I. 31).

2. Defendant responded and objected to the request on April 10, 2018, because the request sought documents not in its possession or control. Defendant nevertheless produced to Plaintiff 384 pages -- medical records, grievances and decisions related to the grievances that Defendant had obtained from the Delaware Department of Correction pursuant to subpoena. (D.I. 36, D.I. 45).

3. While Defendant did not timely respond to the request, it is not required to produce documents that are not in its possession or control. The Court has reviewed the documents it produced to Plaintiff and finds that it adequately responded to Plaintiff's first request for production of documents.

_____
UNITED STATES DISTRICT JUDGE